**RECEIVED**

MAR 1 1 2011

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

v.

INNOVATIVE TECHNOLOGY DISTRIBUTORS, LLC,

    Defendant.

CASE NO. 5:11-cv-01043-LHK

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Paul W. Garrity, whose business address and telephone number is Sheppard Mullin Richter & Hampton, LLP, 30 Rockefeller Plaza, New York, NY 10112, Tel: (212) 653-8700

and who is an active member in good standing of the bar of The State of New York

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff, Oracle America, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 17, 2011

*Lucy H. Koh*
United States District Judge