UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No.: 11-CV-01043-LHK |
| Plaintiff, | ORDER DENYING MOTION TO EXPEDITE HEARING DATE; AND SETTING BRIEFING SCHEDULE REGARDING PENDING MOTIONS |
| v. | |
| INNOVATIVE TECHNOLOGY DISTRIBUTORS, LLC, | |
| Defendant. | |

On April 6, 2011, Defendant Innovative Technology Distributors, LLC ("ITD") moved to stay, dismiss, or transfer this action to the District of New Jersey on the basis of a "first-filed" action in New Jersey. *See* Dkt. #36. That motion is noticed for a hearing on July 21, 2011.

On April 8, 2011, Plaintiff Oracle America, Inc. ("Oracle") filed a motion to disqualify attorney Vicky Dal Molin and to disqualify ITD's outside counsel Lowenstein Sandler PC ("Lowenstein"). *See* Dkt. #38. According to Oracle, Vicky Dal Molin is ITD's General Counsel, and formerly an in-house attorney with Sun Microsytems, Inc ("Sun") for nine years. In January 2010, Oracle acquired Sun. Oracle argues that Lowenstein must be disqualified as outside counsel because it "partnered with Ms. Dal Molin to represent ITD against Oracle knowing full well of her

prior attorney-client relationship with Sun and making no effort to avoid receiving Oracle's confidential information possessed by Ms. Dal Molin." *Id.* at 2.

Oracle's motion to disqualify is also noticed for a hearing on July 21, 2011, but Oracle has filed a motion for administrative relief to advance the hearing date to June 16, 2011. Oracle's motion to expedite the hearing date is DENIED. However, the Court finds an expedited briefing schedule appropriate for both motions.

Accordingly, with respect to ITD's motion to stay, dismiss, or transfer [dkt. #33], Oracle's opposition is due by Wednesday, May 4, 2011, and ITD's reply is due by Wednesday, May 11, 2011.

With respect to Oracle's motion to disqualify certain counsel [dkt. #38], ITD's opposition is due by Wednesday, May 4, 2011, and Oracle's reply is due by Wednesday, May 11, 2011.

If the Court determines that either or both of these motions are suitable for determination without oral argument pursuant to Civil Local Rule 7-1(b), the Court will vacate the July 21, 2011 motion hearing date and issue an Order or Orders on the papers.

**IT IS SO ORDERED.**

Dated: April 18, 2011

_____
LUCY H. KOH
United States District Judge