Valerie M. Wagner (State Bar No. 173146)
Jill F. Kopeikin (State Bar No. 160792)
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Tel: (650) 428-3900
Fax: (650) 428-3901
vwagner@gcalaw.com
jkopeikin@gcalaw.com

Michael J. Hahn (*Pro Hac Vice*)
Jason Halper (*Pro Hac Vice*)
LOWENSTEIN SANDLER PC
65 Livingston Ave.
Roseland, NJ 07068
Tel: (973) 597-2500
Fax: (973) 597-2400
mhahn@lowenstein.com
jhalper@lowenstein.com

Attorneys for Defendant
INNOVATIVE TECHNOLOGY DISTRIBUTORS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INNOVATIVE TECHNOLOGY DISTRIBUTORS, LLC, <br><br> Defendant. | No. 11-CV-01043 LHK <br><br> STIPULATION AND [PROPOSED] ORDER CHANGING BRIEFING SCHEDULE FOR MOTION TO DISQUALIFY CERTAIN COUNSEL <br><br> (CIVIL LOCAL RULES 6-2; 6-3) |

STIPULATION AND [PROPOSED] ORDER CHANGING BRIEFING SCHEDULE
FOR MOTION TO DISQUALIFY CERTAIN COUNSEL; CASE NO. 11-CV-01043 LHK

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

WHEREAS, Plaintiff Oracle America, Inc. ("Oracle") filed a motion to disqualify certain counsel on April 8, 2011 (Docket No. 38), which is set for hearing on July 21, 2011;

WHEREAS, Oracle brought a motion for administrative relief to advance the hearing date on the motion to disqualify certain counsel on April 14, 2008;

WHEREAS, the Court denied Oracle's motion to advance the hearing date on the motion to disqualify on April 18, 2011, but set an expedited briefing schedule wherein the opposition by Innovative Technology Distributors, LLC ("ITD") to the motion to disqualify is due by May 4, 2011, and the reply by Oracle is due by May 11, 2011 (Docket No. 45);

WHEREAS, one of the lead attorneys for ITD, Jason Halper, will be largely unavailable through May 5, 2011 due to a two-day evidentiary hearing in another matter;

WHEREAS, the parties have agreed to a short extension of the briefing schedule for the motion to disqualify by two days in order to accommodate Mr. Halper's schedule so that he can participate in the preparation of ITD's opposition;

WHEREAS, a two-day extension of the briefing schedule on the motion to disqualify certain counsel should not have any effect on the hearing date of July 21, 2011 or the possible earlier consideration of the motion by the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:

1. ITD shall have until May 6, 2011, to file an opposition to the motion to disqualify certain counsel.

2. Oracle shall have until May 13, 2011, to file a reply to the opposition to the motion to disqualify.

/ / /

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER CHANGING BRIEFING SCHEDULE
FOR MOTION TO DISQUALIFY CERTAIN COUNSEL; CASE NO. 11-CV-01043 LHK

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

1

/ / /

Dated: May 3, 2011                                GCA LAW PARTNERS LLP


                                                  ____/s/ Valerie M. Wagner_____
                                                       Valerie M. Wagner

                                                  Attorneys for Defendant Innovative
                                                  Technology Distributors, LLC


Dated: May 3, 2011                                HOLMES ROBERTS & OWEN LLP


                                                  ____/s/ Meryl Macklin_____
                                                       Meryl Macklin

                                                  Attorneys for Plaintiff Oracle America, Inc.

STIPULATION AND [PROPOSED] ORDER CHANGING BRIEFING SCHEDULE
FOR MOTION TO DISQUALIFY CERTAIN COUNSEL; CASE NO. 11-CV-01043 LHK

2

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

## **ATTESTATION**

I, Valerie M. Wagner, am counsel for Defendant Innovative Technology Distributors, LLC. I am the registered ECF user whose username and password are being used to file this STIPULATION AND [PROPOSED] ORDER CHANGING BRIEFING SCHEDULE FOR MOTION TO DISQUALIFY CERTAIN COUNSEL. In compliance with General Order 45, Section X(B), I hereby attest that the above-identified counsel concurred in this filing.

Dated: May 3, 2011

GCA LAW PARTNERS LLP

By: /s/ Valerie M. Wagner
     Valerie M. Wagner

Attorneys for Defendant Innovative Technology Distributors, LLC

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

STIPULATION AND [PROPOSED] ORDER CHANGING BRIEFING SCHEDULE
FOR MOTION TO DISQUALIFY CERTAIN COUNSEL; CASE NO. 11-CV-01043 LHK

3

**ORDER**

IT IS HEREBY ORDERED THAT:

This Court's order dated April 18, 2011 (Docket No. 45) setting an expedited briefing schedule for Oracle's motion to disqualify certain counsel is hereby modified as follows:

1. ITD shall have until May 6, 2011, to file an opposition to the motion to disqualify certain counsel.

2. Oracle shall have until May 13, 2011, to file a reply to the opposition to the motion to disqualify.

Dated: May 3, 2011

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER CHANGING BRIEFING SCHEDULE
FOR MOTION TO DISQUALIFY CERTAIN COUNSEL; CASE NO. 11-CV-01043 LHK

4

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900