**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., ) | Case No.: 11-CV-01043-LHK |
| ) | |
| Plaintiff, ) | ORDER GRANTING IN PART |
| v. ) | DEFENDANT'S MOTION TO FILE |
| ) | SUR-REPLY AND ALLOWING |
| INNOVATIVE TECHNOLOGY ) | PLAINTIFF LEAVE TO FILE |
| DISTRIBUTORS, LLC, ) | RESPONSE TO SUR-REPLY |
| ) | |
| Defendant. ) | (re: docket #61) |
| ) | |

Plaintiff has filed a motion to disqualify counsel, which is set for hearing on July 21, 2011. *See* Dkt. #38. The parties have completed briefing on the motion, however, Defendant has moved for leave to file a sur-reply, not to exceed ten pages in length. *See* Dkt. #61. Plaintiff opposes that motion, and, in the alternative, requests an opportunity to file a response if a sur-reply is allowed. *See* Dkt. #64.

Once a reply is filed, no additional briefing may be filed without Court approval. *See* Civ. L.R. 7-3(d). Here, the Court finds limited supplemental briefing appropriate. Accordingly, Defendant, by May 26, 2011, may file a sur-reply not to exceed 5 pages in length. Plaintiff may

//

//

1

Case No.: 11-cv-1043-LHK
ORDER RE: SUPPLEMENTAL BRIEFING

file a response to the sur-reply, by June 3, 2011, also not to exceed 5 pages in length.

**IT IS SO ORDERED.**

Dated: May 24, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge