| | |
|---|---|
| MERYL MACKLIN (CA State Bar No. 115053) | ROBERT S. FRIEDMAN (*pro hac vice*) |
| meryl.macklin@hro.com | SHEPPARD MULLIN RICHTER & |
| HOLME ROBERTS & OWEN LLP | HAMPTON LLP |
| 560 Mission Street, 25th Floor | 30 Rockefeller Plaza |
| San Francisco, CA 94105-2994 | New York, NY 10112 |
| Telephone: (415) 268-2000 | Telephone: (212) 653-8700 |
| Facsimile: (415) 268-1999 | Facsimile: (212) 653-8701 |

JEFFREY S. ROSS (CA State Bar No. 138172)
ORACLE AMERICA, INC.
500 Oracle Parkway, 7th Floor
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

Attorneys for Plaintiff
Oracle America, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INNOVATIVE TECHNOLOGY DISTRIBUTORS LLC<br><br>　　　　　Defendant. | CASE NO. 5:11-CV-01043-LHK<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

| | |
|---|---|
| 1 | WHEREAS, for all the reasons detailed in the Joint Administrative Motion To |
| 2 | Consider Whether Cases Should Be Related (the "Motion") filed herewith, the parties believe that |
| 3 | the action styled *Innovative Technology Distributors, LLC v. Oracle America, Inc.* (N.D. Cal. Case |
| 4 | No. 3:11-cv-02135 EDL) is properly deemed related to and consolidated with the instant action, and |
| 5 | WHEREAS, the parties believe that each party should respond to the other party's |
| 6 | operative complaint on Friday May 27, 2011, |
| 7 | THEREFORE, the parties hereby stipulate and request entry of an order as follows: |
| 8 | 1. *Innovative Technology Distributors, LLC v. Oracle America, Inc.* (N.D. Cal. |
| 9 | Case No. 3:11-cv-02135 EDL) is hereby deemed "related" to this action pursuant to L.R. 3-12(a); |
| 10 | 2. The two matters are hereby "consolidated" pursuant to Federal Rule of Civil |
| 11 | Procedure 42(a)(2); and |
| 12 | 3. The parties' responsive pleadings in each of the consolidated actions are due |
| 13 | on May 27, 2011. |

Dated: May 24, 2011            HOLME ROBERTS & OWEN LLP

By:  s/ *Meryl Macklin*
     Meryl Macklin
     Attorneys for Plaintiff Oracle America, Inc.

Dated: May 24, 2011            GCA LAW PARTNERS LLP

By:  s/ *Jill F. Kopeikin*
     Jill F. Kopeikin
     Attorneys for Defendant Innovative Technology
     Distributors LLC.

Attestation: The filer of this document attests that concurrence in the filing of the document has been obtained from each other signatory.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated : May 24, 2011            *Lucy H. Koh*
                                               The Honorable Lucy H. Koh
                                               United States District Judge

1

Stipulation and [Proposed] Order re oint Administrative Motion To Consider Whether Cases Should Be Related
Oracle v. Innovative Technology Distributors LLC
Case No. 5:11-CV-01043-LHK