**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No.: 11-CV-01043-LHK |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S MOTION TO FILE UNDER SEAL |
| v. | |
| INNOVATIVE TECHNOLOGY DISTRIBUTORS, LLC, | (re: dkt. #77) |
| Defendant. | |

On July 1, 2011, Plaintiff filed an administrative motion to file under seal three documents in connection with its motion to disqualify counsel. *See* Dkt. #77. However, the Court has not yet received copies of the documents Plaintiff requests to file under seal. Civil Local Rule 79-5(b) provides, among other things, that counsel seeking to file documents under seal must lodge with the Clerk two copies of each document in sealed envelopes displaying the notation: "DOCUMENT SUBMITTED UNDER SEAL." *See* Civ. L.R. 79-5(b). Accordingly, by Monday, July 11, 2011, Plaintiff shall lodge with the Clerk two copies of each document it requests to file under seal as required by Local Rule 79-5(b).

**IT IS SO ORDERED.**

Dated: July 7, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-cv-01043-LHK
ORDER REGARDING PLAINTIFF'S MOTION TO FILE UNDER SEAL