UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br>                Plaintiff, <br>    v. <br><br>INNOVATIVE TECHNOLOGY DISTRIBUTORS, LLC, <br><br>                Defendant. | Case No.: 11-CV-01043-LHK <br><br>ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL <br><br>(re: dkt. #77) |

Good cause appearing and no objections being filed, therefore, IT IS HEREBY ORDERED that Oracle may file under seal the documents described in its administrative motion to file under seal [dkt. #77]; that such documents shall be disclosed only to ITD's outside counsel; and that they may be used and considered only in connection with Oracle's Motion to Disqualify and no other use may be made in this litigation of the documents or the information contained therein. The Court finds that good cause exists to permit the filing of the documents at issue under seal as the documents contain information "privileged or protectable as a trade secret or otherwise entitled to protection under the law." *See* Civ. L.R. 79-5; *see also Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (a showing of good cause will suffice to justify the sealing of material attached to non-dispositive motions). The documents consist entirely or substantially of privileged communications seeking or conveying legal advice.

Accordingly, the Court GRANTS [dkt. #77] Oracle's administrative motion to file under seal.

**IT IS SO ORDERED.**

Dated: July 12, 2011

_____
LUCY H. KOH
United States District Judge