| | |
|---|---|
| MERYL MACKLIN (CA State Bar No. 115053) | ROBERT S. FRIEDMAN (*pro hac vice*) |
| meryl.macklin@hro.com | SHEPPARD MULLIN RICHTER & |
| HOLME ROBERTS & OWEN LLP | HAMPTON LLP |
| 560 Mission Street, 25th Floor | 30 Rockefeller Plaza |
| San Francisco, CA 94105-2994 | New York, NY 10112 |
| Telephone: (415) 268-2000 | Telephone: (212) 653-8700 |
| Facsimile: (415) 268-1999 | Facsimile: (212) 653-8701 |

JEFFREY S. ROSS (CA State Bar No. 138172)
ORACLE AMERICA, INC.
500 Oracle Parkway, 7th Floor
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

Attorneys for Plaintiff
Oracle America, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.<br>Plaintiff,<br><br>v.<br><br>INNOVATIVE TECHNOLOGY<br>DISTRIBUTORS LLC<br>Defendant. | CASE NO. 5:11-CV-01043-LHK<br><br>Consolidated for all purposes with<br>Case No.: 5:11-cv-02135-LHK<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE MEDIATION DEADLINE** |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | 1.    On July 22, 2011, this Court issued a Minute and Case Management Order which, |
| 3 | among other things, in accordance with the parties Joint Case Management Conference Statement, |
| 4 | set May 31, 2012, as the deadline for the parties to attend a mediation. |
| 5 | 2.    Following the Case Management Conference, the parties agreed to set April 16, 2012, |
| 6 | as the mediation deadline, to accommodate Oracle's request that the deadline not coincide with the |
| 7 | end of its fiscal year, which is also May 31. |
| 8 | Accordingly, the parties hereby stipulate that the Court may set April 16, 2012, as the last |
| 9 | day for the parties to attend a mediation in this matter. |

Dated:  August 11, 2011　　　　　　　　　　HOLME ROBERTS & OWEN LLP

　　　　　　　　　　　　　　　　　　　　　By:　s/ *Meryl Macklin*
　　　　　　　　　　　　　　　　　　　　　　　Meryl Macklin
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Oracle America, Inc.

Dated:  August 11, 2011　　　　　　　　　　SHEPPARD MULLIN RICHTER & HAMPTON LLP

　　　　　　　　　　　　　　　　　　　　　By:　s/ *Robert Friedman*
　　　　　　　　　　　　　　　　　　　　　　　Robert Friedman
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Oracle America, Inc.

Dated:  August 11, 2011　　　　　　　　　　GCA LAW PARTNERS LLP

　　　　　　　　　　　　　　　　　　　　　By:　s/ *Valerie M. Wagner*
　　　　　　　　　　　　　　　　　　　　　　　Valerie M. Wagner
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Innovative Technology
　　　　　　　　　　　　　　　　　　　　　　　Distributors, LLC

Dated:  August 11, 2011　　　　　　　　　　LOWENSTEIN SANDLER, P.C.

　　　　　　　　　　　　　　　　　　　　　By:　s/ *Jason Halper*
　　　　　　　　　　　　　　　　　　　　　　　Jason Halper
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Innovative Technology
　　　　　　　　　　　　　　　　　　　　　　　Distributors, LLC

**ORDER**

Good cause appearing therefor,

IT IS HEREBY ORDERED that, pursuant to the parties' Stipulation, the parties must complete a mediation in this matter by April 16, 2012.

Dated: August 15, 2011

_Lucy H. Koh_
The Honorable Lucy H. Koh