1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.<br>              Plaintiff,<br><br>    v.<br><br>INNOVATIVE TECHNOLOGY<br>DISTRIBUTORS LLC<br>              Defendant. | CASE NO. 5:11-CV-01043-LHK<br><br>RELATED CASE NO: 5:11-CV-02135-LHK<br><br>**STIPULATION AND ORDER RE CONTINUATION OF CASE MANAGEMENT CONFERENCE** |
| INNOVATIVE TECHNOLOGY<br>DISTRIBUTORS, LLC<br>              Plaintiff,<br><br>    v.<br><br>ORACLE AMERICA, INC.<br>              Defendant. | |

1 WHEREAS the Case Management Order entered on July 21, 2011 set a case management conference for November 9, 2011;

WHEREAS the Court continued the case management conference to November 16, 2011;

WHEREAS the parties have a mediation session scheduled for December 6, 2011;

WHEREAS the parties have agreed that continuing the case management conference until after the mediation will promote more productive use of the parties' and the Court's time at the next case management conference.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE, through their respective counsel, that:

The case management conference will be continued to December 14, 2011 at 2:00 pm, at Courtroom 8, 4th floor, San Jose Courthouse.

The case management statement will be due by December 7, 2011.

The parties may participate telephonically in the case management conference.

Dated:  November 8, 2011                HOLME ROBERTS & OWEN LLP

                                        By:  */s/ Meryl Macklin*
                                             Meryl Macklin
                                             Attorneys for Plaintiff Oracle America, Inc.

Dated:  November 8, 2011                GCA LAW PARTNERS LLP

                                        By:  */s/ Valerie M. Wagner*
                                             Valerie M. Wagner
                                             Attorneys for Defendant Innovative Technology Distributors LLC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:  November 14, 2011               *[signature: Lucy H. Koh]*
                                        The Honorable Lucy H. Koh
                                        United States District Judge

1

STIPULATION AND ORDER RE CONTINUATION OF CMC
*Oracle America, Inc. v. Innovative Technology Distributors LLC*
Case No. 5:11-CV-01043-LHK