1  MERYL MACKLIN (CA State Bar No. 115053)      ROBERT S. FRIEDMAN (*pro hac vice*)
2  meryl.macklin@hro.com                        SHEPPARD MULLIN RICHTER &
   HOLME ROBERTS & OWEN LLP                      HAMPTON LLP
3  560 Mission Street, 25th Floor               30 Rockefeller Plaza
   San Francisco, CA  94105-2994                New York, NY  10112
4  Telephone:   (415) 268-2000                  Telephone:   (212) 653-8700
   Facsimile:   (415) 268-1999                  Facsimile:      (212) 653-8701
5
6  JEFFREY S. ROSS (CA State Bar No. 138172)
7  ORACLE AMERICA, INC.
   500 Oracle Parkway, 7th Floor
8  Redwood Shores, CA  94065
   Telephone:   (650) 506-5200
9  Facsimile:      (650) 506-7114

10 Attorneys for Plaintiff
11 Oracle America, Inc.

12                     UNITED STATES DISTRICT COURT
13                     NORTHERN DISTRICT OF CALIFORNIA

14

15 ORACLE AMERICA, INC.                          CASE NO. 5:11-CV-01043-LHK
                      Plaintiff,
16                                               **STIPULATION AND [PROPOSED] ORDER
                                                 RE EXTENSION OF DUE DATE FOR
17      v.                                       REPLY BRIEF**

18 INNOVATIVE TECHNOLOGY
   DISTRIBUTORS LLC
19                      Defendant.

20
21
22
23
24
25
26
27
28

1    WHEREAS the Case Management Order entered on July 21, 2011 provides that each party
2    may submit a three-page letter brief to the Court if the parties are unable to resolve a discovery
3    dispute;

4    WHEREAS the Case Management Order does not specify a due date for submitting a reply
5    letter brief after an opening letter brief has been filed;

6    WHEREAS the Court's Clerk advised on November 14, 2011, that reply letter briefs are due
7    five days after receipt of an opening brief;

8    WHEREAS Innovative Technology Distributors LLC ("ITD") filed a letter brief on
9    November 9, 2011, raising certain issues in connection with the entry of a discovery confidentiality
10   order in this case;

11   WHEREAS Oracle intends to file a reply brief in opposition to ITD's letter brief dated
12   November 9, 2011, and is seeking a short extension of time for its reply;

13   WHEREAS ITD has agreed to give Oracle a short extension of time for its reply brief, up to
14   and including November 18, 2011.

15   NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE, through their respective
16   counsel, that Oracle's reply brief in opposition to ITD's letter brief dated November 9, 2011, shall be
17   due no later than November 18, 2011.

18
19   Dated:  November 14, 2011                    HOLME ROBERTS & OWEN LLP
20
21                                                By:  */s/ Meryl Macklin*_____
22                                                     Meryl Macklin
                                                      Attorneys for Plaintiff Oracle America, Inc.
23
24   Dated:  November 14, 2011                    GCA LAW PARTNERS LLP
25
26                                                By:  */s/ Valerie M. Wagner*_____
                                                      Valerie M. Wagner
27                                                    Attorneys for Defendant Innovative Technology
                                                      Distributors LLC.
28

---

1

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

2

3  Dated:  November  21  2011

   The Honorable Lucy H. Koh
4  United States District Judge

5  ### <u>GENERAL ORDER 45 ATTESTATION</u>

6       I, Meryl Macklin, hereby attest, pursuant to N.D. Cal. General Order No. 45, that

7  concurrence to the filing of this document has been obtained from each signatory hereto.

8

9  */s/ Meryl Macklin*

   Meryl Macklin
10 Attorneys for Oracle America, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF DUE DATE FOR REPLY BRIEF
*Oracle America, Inc. v. Innovative Technology Distributors LLC*
Case No. 5:11-CV-01043-LHK