| | |
|---|---|
| MERYL MACKLIN (CA State Bar No. 115053) | ROBERT S. FRIEDMAN (*pro hac vice*) |
| meryl.macklin@hro.com | SHEPPARD MULLIN RICHTER & |
| HOLME ROBERTS & OWEN LLP | HAMPTON LLP |
| 560 Mission Street, 25th Floor | 30 Rockefeller Plaza |
| San Francisco, CA 94105-2994 | New York, NY 10112 |
| Telephone: (415) 268-2000 | Telephone: (212) 653-8700 |
| Facsimile: (415) 268-1999 | Facsimile: (212) 653-8701 |

JEFFREY S. ROSS (CA State Bar No. 138172)
ORACLE AMERICA, INC.
500 Oracle Parkway, 7th Floor
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

Attorneys for Plaintiff
Oracle America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.<br>    Plaintiff,<br><br>  v.<br><br>INNOVATIVE TECHNOLOGY DISTRIBUTORS LLC<br>    Defendant. | CASE NO. 5:11-CV-01043-LHK<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE EXTENSION OF DUE DATE FOR REPLY BRIEF** |

1      WHEREAS the Case Management Order entered on July 21, 2011 provides that each party may submit a three-page letter brief to the Court if the parties are unable to resolve a discovery dispute;

     WHEREAS the Case Management Order does not specify a due date for submitting a reply letter brief after an opening letter brief has been filed;

     WHEREAS the Court's Clerk advised on November 14, 2011, that reply letter briefs are due five days after receipt of an opening brief;

     WHEREAS Innovative Technology Distributors LLC ("ITD") filed a letter brief on November 9, 2011, raising certain issues in connection with the entry of a discovery confidentiality order in this case;

     WHEREAS Oracle intends to file a reply brief in opposition to ITD's letter brief dated November 9, 2011, and is seeking a short extension of time for its reply;

     WHEREAS ITD has agreed to give Oracle a short extension of time for its reply brief, up to and including November 18, 2011.

     NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE, through their respective counsel, that Oracle's reply brief in opposition to ITD's letter brief dated November 9, 2011, shall be due no later than November 18, 2011.

Dated: November 14, 2011                    HOLME ROBERTS & OWEN LLP

                                                By:   */s/ Meryl Macklin*
                                                       Meryl Macklin
                                                       Attorneys for Plaintiff Oracle America, Inc.

Dated: November 14, 2011                    GCA LAW PARTNERS LLP

                                                By:   */s/ Valerie M. Wagner*
                                                       Valerie M. Wagner
                                                       Attorneys for Defendant Innovative Technology Distributors LLC.

1

STIPULATION AND [~~PROPOSED~~] ORDER RE EXTENSION OF DUE DATE FOR REPLY BRIEF
*Oracle America, Inc. v. Innovative Technology Distributors LLC*
Case No. 5:11-CV-01043-LHK

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: November 21, 2011

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge

## GENERAL ORDER 45 ATTESTATION

I, Meryl Macklin, hereby attest, pursuant to N.D. Cal. General Order No. 45, that concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Meryl Macklin*
Meryl Macklin
Attorneys for Oracle America, Inc.