COPY

RECEIVED
MAR 08 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> INNOVATIVE TECHNOLOGY DISTRIBUTORS, LLC, <br><br> Defendant. | CASE NO. CV11-1043 LHK <br><br> ~~(Proposed)~~ <br> **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Thomas S. Dolan, whose business address and telephone number is

Lowenstein Sandler PC, 65 Livingston Ave., Roseland, NJ 07068
(973) 597-2500

and who is an active member in good standing of the bar of the State of New Jersey having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Innovative Tech. Distrib., LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 9, 2012

*Lucy H. Koh*
United States District Judge