MERYL MACKLIN (CA State Bar No. 115053)
meryl.macklin@bryancave.com
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999

ROBERT S. FRIEDMAN (*pro hac vice*)
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
30 Rockefeller Plaza
New York, NY  10112
Telephone:  (212) 653-8700
Facsimile:    (212) 653-8701

JEFFREY S. ROSS (CA State Bar No. 138172)
ORACLE AMERICA, INC.
500 Oracle Parkway, 7th Floor
Redwood Shores, CA  94065
Telephone:  (650) 506-5200
Facsimile:   (650) 506-7114

Attorneys for Plaintiff
Oracle America, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>INNOVATIVE TECHNOLOGY DISTRIBUTORS LLC, HDLOGIX, VINCENT JAMES SPINELLA, LINDA SPINELLA and BRIAN CONWAY,<br><br>　　　　　　　Defendants. | CASE NO. 5:11-CV-01043-LHK (HRL)<br><br>Consolidated for all purposes with Case No.: 5:11-cv-02135-LHK<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

1  WHEREAS on May 14, 2012, Oracle filed a notice voluntarily dismissing its claims against HDlogix without prejudice pursuant to FRCP 41(a)(1)(A)(i).  *See Dkt. #146*.

Pursuant to FRCP 41(a)(1)(A)(ii), **IT IS** hereby **STIPULATED** and **AGREED** that all claims asserted in this action in the First Amended Complaint against Defendants Vincent James Spinella, Linda Spinella, and Brian Conway be, and hereby are, dismissed without prejudice.

**IT IS FURTHER STIPULATED** and **AGREED** that the Fourth, Fifth, and Sixth Causes of Action asserted in Oracle's First Amended Complaint be, and hereby are, dismissed without prejudice.  Each party shall bear its own costs and attorneys' fees.  This Stipulation of Dismissal shall not apply to or affect any other cause of action or defendant.

**IT IS FURTHER STIPULATED** and **AGREED** that the remaining claims in the CV11-1043 action are the First, Second, and Third Causes of Action against ITD.  This Stipulation of Dismissal shall not apply to or affect any cause of action in the CV11-2135 action..

Respectfully submitted,

Dated:  June 11, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: *s/ Robert S. Friedman*
Robert S. Friedman, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Meryl Macklin (CA State Bar No. 115053)
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile:  (415) 268-1999

Jeffrey S. Ross (CA State Bar No. 138172)
ORACLE AMERICA, INC.
500 Oracle Parkway, 7th Floor
Redwood Shores, CA  94065
Telephone:     (650) 506-5200
Facsimile:  (650) 506-7114

*Attorneys for Plaintiff Oracle America, Inc. and Oracle Corporation*

| | |
|---|---|
| 1  Dated: June 11, 2012 | LOWENSTEIN SANDLER, PC |

Dated: June 11, 2012                          LOWENSTEIN SANDLER, PC

By: *s/ Jason Halper*
Michael J. Hahn (admitted *pro hac vice*)
Jason Halper (admitted *pro hac vice*)
65 Livingston Ave.
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

Valerie M. Wagner, Esq.
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

*Attorneys for Defendants Innovative Technology Distributors, LLC, Vincent James Spinella, Linda Spinella, and Brian Conway*

### **GENERAL ORDER 45 ATTESTATION**

I, Robert S. Friedman, hereby attest, pursuant to N.D. Cal. General Order No. 45, that concurrence to the filing of this document has been obtained from each signatory hereto.

Good cause appearing, it is **SO ORDERED**.

Dated:  June 12, 2012                          *Lucy H. Koh*
Hon. Lucy H. Koh
United States District Court Judge