UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., ) | Case No.: 11-CV-01043-LHK |
| ) | Consolidated for all purposes with Case |
| Plaintiff, ) | No. 11-CV-02135-LHK |
| v. ) | |
| ) | ORDER DENYING MOTION FOR |
| INNOVATIVE TECHNOLOGY ) | LEAVE TO BRING EARLY MOTIONS |
| DISTRIBUTORS, INC., ) | *IN LIMINE* |
| ) | |
| Defendant. ) | (re: dkt. #151) |
| ) | |

Oracle's motion for summary judgment is set for hearing on August 23, 2012. ITD has not filed a motion for summary judgment, but has sought leave to bring three motions *in limine* to be heard also on August 23, 2012. *See* ECF No. 151. ITD's request is DENIED. The Court will consider both parties' motions *in limine* at the Final Pretrial Conference set for September 19, 2012, at 2:00 p.m. The parties shall comply with the Court's Civil Jury Pretrial Standing Order, subject to any changes adopted at the August 23, 2012 case management conference.

**IT IS SO ORDERED.**

Dated: August 6, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01043-LHK
ORDER DENYING MOTION FOR LEAVE TO BRING EARLY MOTIONS IN LIMINE