United States District Court<br>For the Northern District of California

1
2
3        IN THE UNITED STATES DISTRICT COURT
4        FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                     SAN JOSE DIVISION
6

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>                    Plaintiff,<br><br>        v.<br><br>INNOVATIVE TECHNOLOGY DISTRIBUTORS LLC,<br><br>                    Defendant. | Case Number: 5:11-CV-01043 - LHK<br><br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* – RENA ANDOH |

Rena Andoh, an active member in good standing of the bar of the State of New York, whose business address and telephone number is Sheppard Mullin Richter & Hampton, LLP, 30 Rockefeller Plaza, New York, NY, 10112-0015, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Oracle America, Inc.;

IT IS HEREBY ORDERED that the application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: August 13, 2012

_____
HONORABLE LUCY H. KOH
United States District Judge

1

Case No.: C11-01043-LHK
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*