IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

              Plaintiff,

   v.

INNOVATIVE TECHNOLOGY
DISTRIBUTORS, LLC,

              Defendant.

_____/

**CASE NO.** 11-CV-1043 LHK

~~**(Proposed)**~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Robert J. Kipnees                       , whose business address and telephone number is

Lowenstein Sandler PC, 65 Livingston Ave., Roseland, NJ 07068
(973) 597-2500

and who is an active member in good standing of the bar of  the State of New Jersey

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Innovative Tech. Distrib., LLC.

       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: August 30, 2012

                                      _Lucy H. Koh_____
                                    LUCY H. KOH
                                    United States District     Judge