ORIGINAL

FAXED

United States District Court
For the Northern District of California

RECEIVED
SEP - 5 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.

    Plaintiff,

v.

INNOVATIVE TECHNOLOGY DISTRIBUTORS LLC

    Defendant.

CASE NO. 5:11-cv-01043-LHK

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Sean Ward, whose business address and telephone number is BRYAN CAVE LLP, 1700 Lincoln Street, Suite 4100, Denver, CO 80203

and who is an active member in good standing of the bar of District of Colorado having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Oracle America, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 21, 2012

*Lucy H. Koh*
United States District Judge