UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No.: 11-CV-01043-LHK |
| Plaintiff, | Consolidated for all purposes with Case No: 11-CV-02135-LHK |
| v. | |
| INNOVATIVE TECHNOLOGY DISTRIBUTORS, INC., | ORDER ADVANCING TRIAL DATE AND ORDER RE: FAILURE TO PROCEED WITH SCHEDULED TRIAL |
| Defendant. | |

The Court hereby ADVANCES the date of the trial in this matter from October 15, 2012 to October 12, 2012.  All other dates shall remain as set in the Pretrial Conference Order filed in this matter on September 20, 2012.  ECF No. 205.

The Parties are also advised that pursuant to Local Rule 40-1, jury fees (including attendance, mileage, and parking) will be assessed against the parties should they fail to proceed with their scheduled trial and fail to provide the Court with a stipulation of dismissal by 4:00 pm on October 11, 2012.

**IT IS SO ORDERED.**

Dated: September 25, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge