| | |
|---|---|
| Valerie M. Wagner (State Bar No. 173146)<br>Jill F. Kopeikin (State Bar No. 160792)<br>GCA LAW PARTNERS LLP<br>1891 Landings Drive<br>Mountain View, CA  94043<br>Tel:  (650) 428-3900<br>Fax: (650) 428-3901<br>vwagner@gcalaw.com<br>jkopeikin@gcalaw.com<br><br>Robert Kipnees (*Pro Hac Vice*)<br>Michael J. Hahn (*Pro Hac Vice*)<br>Jason Halper (*Pro Hac Vice*)<br>LOWENSTEIN SANDLER PC<br>65 Livingston Ave.<br>Roseland, NJ  07068<br>Tel:  (973) 597-2500<br>Fax:  (973) 597-2400<br>mhahn@lowenstein.com<br>jhalper@lowenstein.com<br><br>Attorneys for Defendants INNOVATIVE TECHNOLOGY DISTRIBUTORS, LLC, | MERYL MACKLIN (CA State Bar No. 115053)<br>meryl.macklin@bryancave.com<br>BRYAN CAVE LLP<br>560 Mission Street, 25th Floor<br>San Francisco, CA  94105-2994<br>Telephone:   (415) 268-2000<br>Facsimile:    (415) 268-1999<br><br>ROBERT S. FRIEDMAN (*pro hac vice*)<br>KEVIN R. PUVALOWSKI (*pro hac vice*)<br>RENA ANDOH (*pro hac vice*)<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>30 Rockefeller Plaza<br>New York, NY  10112<br>Telephone:   (212) 653-8700<br>Facsimile:    (212) 653-8701<br><br>JEFFREY S. ROSS (CA State Bar No. 138172)<br>ORACLE AMERICA, INC.<br>500 Oracle Parkway, 7th Floor<br>Redwood Shores, CA  94065<br>Telephone:   (650) 506-5200<br>Facsimile:     (650) 506-7114<br><br>Attorneys for Defendants<br>ORACLE AMERICA, INC.,<br>ORACLE CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INNOVATIVE TECHNOLOGY DISTRIBUTORS, LLC<br><br>        Plaintiff,<br><br>    v.<br><br>ORACLE AMERICA, INC. and ORACLE CORPORATION,<br><br>        Defendants. | No. 11-CV-2135 LHK<br><br>Consolidated for all purposes with No.  11-CV-1043 LHK<br><br>JOINT REQUEST AND [PROPOSED] ORDER RE COURTROOM EQUIPMENT<br><br>Judge:        Hon. Lucy H. Koh<br>Trial Date:  October 12, 2012<br>Time:          9:00 a.m. |

JOINT REQUEST AND [PROPOSED] ORDER RE COURTROOM EQUIPMENT;
CASE NO. 5:11-CV-2135 LHK

Pursuant to General Order 58, Plaintiff Innovative Technology Distributors, LLC ("ITD") and Defendants Oracle America, Inc. and Oracle Corporation (collectively, "Oracle") hereby jointly and respectfully request permission for the parties to bring the following equipment into the courthouse, and to possess and use such equipment during the trial in this matter, presently set to commence on October 12, 2012 at 9:00 a.m.

The specific equipment is as follows:

1. 1 projector with stand;
2. 6 video switching units;
3. 3 flat panel monitors;
4. 1 loudspeaker system;
5. 1 docking station;
6. 1 overhead projector;
7. 2 printers;
8. A/V and power cables;
9. 4 easels;
10. 2 binder carts;
11. Dollies and moving carts.

The parties are coordinating their efforts and will share presentation equipment where appropriate. The parties have made arrangements with the Court's chambers to set up their respective equipment on October 11, 2012 at 9:00 a.m.

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

JOINT REQUEST AND [PROPOSED] ORDER RE COURTROOM EQUIPMENT;
CASE NO. 5:11-CV-2135 LHK

1

Dated:  October 9, 2012               GCA LAW PARTNERS LLP


By: /s/ Valerie M. Wagner
       Valerie M. Wagner

Attorneys for Plaintiff Innovative
Technology Distributors, LLC


Dated:  October 9, 2012               BRYAN CAVE LLP


By: /s/ Meryl Macklin
       Meryl Macklin

Attorneys for Defendants Oracle America,
Inc. and Oracle Corporation


**ORDER**

For good cause shown, IT IS SO ORDERED that the above joint requests are GRANTED.

Dated: __10/9/12_____     _____
                                  Hon. Lucy H. Koh, U.S.D.J.

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

JOINT REQUEST AND [PROPOSED] ORDER RE COURTROOM EQUIPMENT;
CASE NO. 5:11-CV-2135 LHK

2