United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INNOVATIVE TECHNOLOGY DISTRIBUTORS, LLC, <br><br> Plaintiff, <br> v. <br><br> ORACLE AMERICA, INC. and ORACLE CORPORATION, <br><br> Defendants. | Case No.: 11-CV-01043-LHK <br><br> ORDER RE: LIST FOR VOIR DIRE |

The Court will conduct voir dire beginning at 1:30 p.m. on Friday, October 12, 2012. To facilitate this process, the parties are ordered to file a joint list of companies, attorneys, law firms, and witnesses involved in this case for the prospective jurors to use in identifying potential relationships and conflicts. The list shall include two columns of names per page and shall be double-sided and single-spaced. The parties shall e-file the list by 10:00 a.m. on Friday, October 12, 2012, and shall bring 35 printed copies of the list to the 11:00 a.m. hearing on October 12, 2012.

**IT IS SO ORDERED.**

Dated: October 11, 2012

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No.: 11-cv-1043-LHK
ORDER RE: LIST FOR VOIR DIRE