UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INNOVATIVE TECHNOLOGY DISTRIBUTORS, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>ORACLE AMERICA, INC. and ORACLE CORPORATION,<br><br>    Defendants. | No. 11-CV-2135 LHK<br><br>Consolidated for all purposes with No. 11-CV-1043 LHK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Innovative Technology Distributors, LLC, and Defendants Oracle America Inc. and Oracle Corporation, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted in this action are hereby dismissed with prejudice, and without costs.

Dated: October 12, 2012          LOWENSTEIN SANDLER PC

                                 By:            /s/
                                     Robert J. Kipnees (admitted pro hac vice)
                                     Michael J. Hahn (admitted *pro hac vice*)
                                     Jason Halper (admitted *pro hac vice*)
                                     65 Livingston Ave.
                                     Roseland, NJ 07068
                                     Telephone: (973) 597-2500
                                     Facsimile: (973) 597-2400

Valerie Margo Wagner, Esq.
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

*Attorneys for Defendant*
*Innovative Technology Distributors, LLC*

Dated:  October 12, 2012                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By:_____/s/_____
   Robert S. Friedman, Esq. (admitted *pro hac vice*)
   30 Rockefeller Plaza
   New York, New York 10112
   Telephone: (212) 653-8700
   Facsimile: (212) 653-8701

   Jeffrey S. Ross (CA State Bar No. 138172)
   ORACLE AMERICA, INC.
   500 Oracle Parkway, 7th Floor
   Redwood Shores, CA  94065
   Telephone:(650) 506-5200
   Facsimile:  (650) 506-7114

   Meryl Macklin (CA State Bar No. 115053)
   BRYAN CAVE LLP
   560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
   Facsimile:  (415) 268-1999

   *Attorneys for Defendants Oracle America, Inc. and*
   *Oracle Corporation*

Good cause appearing, it is <u>SO ORDERED</u>.  The Clerk shall close the file.

Dated:  October 12, 2012                 *Lucy H. Koh*
                                         Hon. Lucy H. Koh
                                         United States District Court Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>      Plaintiff,<br><br>      v.<br><br>INNOVATIVE TECHNOLOGY DISTRIBUTORS, LLC,<br><br>      Defendant. | No. 11-CV-1043 LHK<br><br>Consolidated for all purposes with No.  11-CV-2135 LHK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Oracle America Inc. and Defendant Innovative Technology Distributors, LLC, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted in this action are hereby dismissed with prejudice, and without costs.

Dated:  October 12, 2012            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                        By: _____/s/_____
                            Robert S. Friedman, Esq. (admitted *pro hac vice*)
                            30 Rockefeller Plaza
                            New York, New York 10112
                            Telephone: (212) 653-8700
                            Facsimile: (212) 653-8701

                            Jeffrey S. Ross (CA State Bar No. 138172)
                            ORACLE AMERICA, INC.
                            500 Oracle Parkway, 7th Floor
                            Redwood Shores, CA  94065
                            Telephone:(650) 506-5200
                            Facsimile:  (650) 506-7114

        Meryl Macklin (CA State Bar No. 115053)
        BRYAN CAVE LLP
        560 Mission Street, 25th Floor
        San Francisco, CA 94105-2994
        Telephone: (415) 268-2000
        Facsimile: (415) 268-1999

*Attorneys for Plaintiff Oracle America, Inc.*

Dated: October 12, 2012        LOWENSTEIN SANDLER PC

        By: _____/s/_____
        Robert J. Kipnees (admitted pro hac vice)
        Michael J. Hahn (admitted *pro hac vice*)
        Jason Halper (admitted *pro hac vice*)
        65 Livingston Ave.
        Roseland, NJ 07068
        Telephone: (973) 597-2500
        Facsimile: (973) 597-2400

        Valerie Margo Wagner, Esq.
        GCA LAW PARTNERS LLP
        1891 Landings Drive
        Mountain View, CA 94043
        Telephone: (650) 428-3900
        Facsimile: (650) 428-3901

*Attorneys for Defendant*
*Innovative Technology Distributors, LLC*

Good cause appearing, it is **SO ORDERED**. The Clerk shall close the file.

Dated: October 12, 2012        _Lucy H. Koh_____
        Hon. Lucy H. Koh
        United States District Court Judge