UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INNOVATIVE TECHNOLOGY DISTRIBUTORS, LLC<br><br>Plaintiff,<br><br>v.<br><br>ORACLE AMERICA, INC. and ORACLE CORPORATION,<br><br>Defendants. | No. 11-CV-2135 LHK<br><br>Consolidated for all purposes with No. 11-CV-1043 LHK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Innovative Technology Distributors, LLC, and Defendants Oracle America Inc. and Oracle Corporation, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted in this action are hereby dismissed with prejudice, and without costs.

Dated: October 12, 2012         LOWENSTEIN SANDLER PC

By:_____/s/_____
   Robert J. Kipnees (admitted pro hac vice)
   Michael J. Hahn (admitted *pro hac vice*)
   Jason Halper (admitted *pro hac vice*)
   65 Livingston Ave.
   Roseland, NJ 07068
   Telephone: (973) 597-2500
   Facsimile: (973) 597-2400

>Valerie Margo Wagner, Esq.
>GCA LAW PARTNERS LLP
>1891 Landings Drive
>Mountain View, CA 94043
>Telephone: (650) 428-3900
>Facsimile: (650) 428-3901
>
>*Attorneys for Defendant*
>*Innovative Technology Distributors, LLC*

Dated: October 12, 2012      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____/s/_____
>Robert S. Friedman, Esq. (admitted *pro hac vice*)
>30 Rockefeller Plaza
>New York, New York 10112
>Telephone: (212) 653-8700
>Facsimile: (212) 653-8701
>
>Jeffrey S. Ross (CA State Bar No. 138172)
>ORACLE AMERICA, INC.
>500 Oracle Parkway, 7th Floor
>Redwood Shores, CA 94065
>Telephone:(650) 506-5200
>Facsimile: (650) 506-7114
>
>Meryl Macklin (CA State Bar No. 115053)
>BRYAN CAVE LLP
>560 Mission Street, 25th Floor
>San Francisco, CA 94105-2994
>Telephone: (415) 268-2000
>Facsimile: (415) 268-1999
>
>*Attorneys for Defendants Oracle America, Inc. and Oracle Corporation*

Good cause appearing, it is <u>SO ORDERED</u>. The Clerk shall close the file.

Dated: October 12, 2012      */s/ Lucy H. Koh*
Hon. Lucy H. Koh
United States District Court Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>INNOVATIVE TECHNOLOGY DISTRIBUTORS, LLC,<br><br>Defendant. | No. 11-CV-1043 LHK<br><br>Consolidated for all purposes with No. 11-CV-2135 LHK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Oracle America Inc. and Defendant Innovative Technology Distributors, LLC, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted in this action are hereby dismissed with prejudice, and without costs.

Dated: October 12, 2012    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____/s/_____
Robert S. Friedman, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Jeffrey S. Ross (CA State Bar No. 138172)
ORACLE AMERICA, INC.
500 Oracle Parkway, 7th Floor
Redwood Shores, CA 94065
Telephone:(650) 506-5200
Facsimile: (650) 506-7114

Meryl Macklin (CA State Bar No. 115053)
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999

*Attorneys for Plaintiff Oracle America, Inc.*

Dated: October 12, 2012                LOWENSTEIN SANDLER PC


By: _____/s/_____
   Robert J. Kipnees (admitted pro hac vice)
   Michael J. Hahn (admitted *pro hac vice*)
   Jason Halper (admitted *pro hac vice*)
   65 Livingston Ave.
   Roseland, NJ 07068
   Telephone: (973) 597-2500
   Facsimile: (973) 597-2400

   Valerie Margo Wagner, Esq.
   GCA LAW PARTNERS LLP
   1891 Landings Drive
   Mountain View, CA 94043
   Telephone: (650) 428-3900
   Facsimile: (650) 428-3901

   *Attorneys for Defendant*
   *Innovative Technology Distributors, LLC*


Good cause appearing, it is <u>SO ORDERED</u>.  The Clerk shall close the file.

Dated: October 12, 2012              *Lucy H. Koh*
                                     _____
                                     Hon. Lucy H. Koh
                                     United States District Court Judge

2